**Order entered June 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00367-CV

## DALLAS CENTRAL APPRAISAL DISTRICT, Appellant

## V.

## F6TAWS, LLC (TOWERS AT WILLIAMS SQUARE), Appellee

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-10485-C

## ORDER

We **GRANT** Rebecca R. Mower's June 13, 2014 unopposed motion to withdraw and substitute new counsel and **DIRECT** the Clerk of the Court to remove Ms. Mower as counsel for appellant and substitute M. Keith Ogle of the law firm of Shannon, Gracey, Ratliff & Miller, LLP in her place.

/s/     ELIZABETH LANG-MIERS
         JUSTICE